IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. NEAL VANTOSKY,<br><br>    Plaintiff,<br><br>Vs.<br><br>AMERICAN EAGLE OUTFITTERS, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CA 5-1426<br>)<br>)<br>)<br>)<br>) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this 5th day of January, 2006, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is hereby **DISMISSED** _with prejudice_ pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this 5th day of January, 2006.

BY THE COURT:

_/s/ Donetta W. Ambrose_
Donetta W. Ambrose,
Chief U. S. District Judge

_/s/ J.P. Holl_____
Attorney for Plaintiff

_/s/ Michael Hurbanek_____
Attorney for Defendant

_____
Attorney for Plaintiff

_____
Attorney for Defendant